UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| CHARLES MONTAGUE, ) | |
| ) | Case No. 2:18-cv-148 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Cynthia R. Wyrick |
| ED GRAYBEAL, JR., JOHN DOE/JANE ) | |
| DOE, CAPT. LOWE, and WASHINGTON ) | |
| COUNTY, TENN., ) | |
| ) | |
| *Defendants*. ) | |

# JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously herewith:

1. The instant action is **DISMISSED WITHOUT PREJUDICE**;

2. Defendants' pending motions to dismiss (Docs. 56, 64) are **DENIED AS MOOT**;

3. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*, *see* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

4. The Clerk is **DIRECTED** to close the case

**SO ORDERED.**

                                                    **/s/** *Travis R. McDonough*
                                                    **TRAVIS R. MCDONOUGH**
                                                    **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ John Medearis
  CLERK OF COURT